# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NORA WHITE,<br><br>          Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br><br>          Defendant. | Civil No. 16-cv-815-JPG-CJP |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Nancy A. Berryhill, Acting Commissioner of Social Security, and against plaintiff Nora White.

DATED: 5/24/2017

                                                 **JUSTINE FLANAGAN,**
                                                 **Acting Clerk of Court**

                                                 **BY: s/Tina Gray,**
                                                        **Deputy Clerk**


**Approved:**

*s/J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**